# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3227
L.T. Case No. 2016-CF-9750-A

_____

RAYMOND LAMAR DAVIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County,
Tatiana Salvador, Judge.

Matthew Metz, Public Defender, and Zachary Wiseman, Assistant
Public Defender, Daytona Beach, for Appellant.

Raymond Lamar Davis, Mayo, pro se.

Ashley Moody, Attorney General, and Benjamin Louis Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.

June 25, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and WALLIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____